843 A.2d 1220

**Douglas E. BASHAM, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Jan. 28, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of January, 2004, the appeal is quashed as the matter is moot.